UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONITA JOHNSON,

        Plaintiff,                                    CASE NO.:

v.

G4S SECURE SOLUTIONS (USA) INC.,

        Defendant.
_____/

## NOTICE OF REMOVAL

The Defendant, G4S SECURE SOLUTIONS (USA) INC., ("G4S"), by and through the undersigned counsel, hereby files, its Notice of Removal of the above-styled cause, pursuant to 28 U.S.C. §1332, 1441, 1446, and 15 U.S.C. §1681(a) – 1681(x), from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Tampa Division, and in support of the removal would show the Court the following:

1.  This State Court Action is removable to this Court pursuant to pursuant to 28 U.S.C. §1332, 1441, 1446, and 15 U.S.C. §1681(a) – 1681(x) as plaintiff alleges a federal question arising under the laws of the United States, specifically, the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681a-1681x.

2. Plaintiff's Complaint, together with additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

3. Plaintiff filed this action in state court as Case No. 21-CA-5587 with the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida on July 2, 2021. Defendant was served with Plaintiff's Complaint on July 19. 2021.

4. This Notice of Removal is therefore timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

5. As more fully set forth below, this Court has original jurisdiction based upon claims arising under Federal Law under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq.

6. Because Plaintiff's First Cause of Action is a federal question, the prerequisite for removal under 28 U.S.C. §1441 has been met, and this Court is vested with subject matter jurisdiction over this action.

7. Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, G4S respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claim, as such claim is so related to Plaintiff's federal claim "that they form part of the same case or controversy under Article III of the United States Constitution."

8. The Plaintiff's Complaint establishes that this Court has subject matter jurisdiction over this matter. A copy of this Notice will be timely filed with

the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

9. G4S reserves all defenses including but not limited to those specified in FRCP 12(b).

10. The Defendant files with this Notice, true and correct copies of all pleadings filed in the above-captioned state action. *See Exhibit A*.

11. Written notice of the filing of this Notice of Removal on this date has been given to Plaintiff, Lonita Johnson, by and through Plaintiff's attorney of record, Luis A. Cabassa, Wenzel Fenton Cabassa, 1110 N. Florida Avenue, Suite 300, Tampa, Florida 33602 *via* email to Lcabassa@wcflaw.com.

12. The undersigned certifies that the Defendant, G4S, has consented to the removal of this action from the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida to the United States District Court, Middle District, Tampa Division.

13. The undersigned counsel is authorized by G4S to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, G4S SECURE SOLUTIONS (USA), INC., respectfully requests this Court remove this Hillsborough County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 9th day of August, 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Luis A Cabassa, Esquire
Brandon J. Hill, Esquire
Wenzel Fenton Cabassa
1110 N. Florida Avenue, Suite 300
Tampa, FL  33602
Lcabassa@wcflaw.com
*Attorney for Plaintiff*

GORDON REES SCULLY MANSUKHANI

*s/ Kristina L. Marsh*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Elizabeth E. Shuman, Esquire
Florida Bar No.: 1011587
Primary:  kmarsh@grsm.com
Primary: eshuman@grsm.com
Secondary: TampaPleadings@grsm.com
Secondary: afiorito@grsm.com
Secondary: fgude@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-523-4935
Facsimile: 813-377-3505
*Counsel for Defendant,*
*G4S SECURE SOLUTIONS (USA) INC.*